# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 31, 2006

130319 & (48)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

EMBRA BROWN,
      Petitioner,

v

MICHIGAN PAROLE BOARD,
      Respondent.

SC: 130319
COA: 261811
Lenawee CC: 05-001843-CK

_____/

On order of the Court, the application for leave to appeal the December 6, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court. The motion for entry of default is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 31, 2006

_____
Clerk

l0724